# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SANDRA RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 01-0057-CV-W-NKL |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Sandra Riley's ("Riley") Motion for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. # 14]. For the reasons set forth below, the Court grants Riley's Motion.

In November 2001, the Court remanded Riley's Social Security claim to the Commissioner at the request of the parties [Doc. # 11]. On remand, Riley obtained a favorable decision from the ALJ and the Commissioner then moved for judgment as a matter of law in favor of Riley. In June 2006, the Court granted the Commissioner's request and entered judgment in favor of Riley [Doc. # 13].

In her Motion, Riley states that her counsel expended 19.4 hours of work on her case at a rate of $142.50 per hour. Combining these two figures, Riley seeks a total attorney's fee award of $2,764.50. The Commissioner does not object to Riley's requested fees.

Accordingly, it is hereby

ORDERED that Riley's Motion for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. # 14] is GRANTED. The Court awards Riley $2,764.50 in attorney's fees.

<pre>
                                        s/ Nanette K. Laughrey
                                        NANETTE K. LAUGHREY
                                        United States District Judge
</pre>

DATE:  August 11, 2006
Kansas City, Missouri